UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESSE F. EARLS                                                                                                  PLAINTIFF

v.                                            No. 2:22-cv-2166

JUSTIN DAVIS (Maintenance Crew,
Sebastian County Detention Center)                                             DEFENDANT

**ORDER**

The Court has received a report and recommendation (Doc. 26) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed objections to the report and recommendation (Doc. 27). The Magistrate Judge recommends that the Court dismiss this case with prejudice for failure to prosecute because Plaintiff failed to file a summary judgment response or separate statement of disputed facts that complied with the Court's order and the Local Rules of Civil Procedure, and because Plaintiff failed to keep the Court apprised of his current address. The Court has conducted a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 9th day of November, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE